THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM SCHEIN.— Motion to

dismiss appeal granted unless the appellant procure the appellant's points to be filed on or before January 31, 1928, with notice of argument for February 15, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.